IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS on behalf of the TRUSTEES OF THE I.U.P.A.T. WELFARE FUND OF WESTERN PA AND THE I.U.P.A.T. WESTERN PA ANNUITY FUND AND THE INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #57, <br><br> Plaintiff, <br><br> v. <br><br> DAVID LOFT, MABEL I. LOFT and PHILIP A. SHEPHARD, <br><br> Defendants. | No. 12-0634 |

**ORDER OF COURT**
**Count I**

AND NOW, to wit, this 21st day of June, 2012, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, I.U.P.A.T. District Council #57 Combined Funds, et al. and against the Defendants, David Loft, Mabel I. Loft and Philip A. Shephard in the amount of $102,706.46.

**Count II**

AND NOW, to wit, this 21st day of June, 2012, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, I.U.P.A.T. District Council #57 Combined Funds, et al. and against the Defendants, David Loft, Mabel I. Loft and Philip A. Shephard in the amount of $12,940.64.

BY THE COURT:

_____
United States District Judge

525525.1: